IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Phyllis L. Reaves, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 4:06-480-TLW-TER |
| vs. ) | |
| ) | |
| Blue Cross Blue Shield of South Carolina, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

# ORDER

This is an employment discrimination case. Plaintiff alleges a cause of action for race discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. as well as 42 U.S.C. § 1981 and § 1983. (Doc.#1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #34). In the Report, Magistrate Judge Rogers recommends that the District Court grant the defendant's motion for summary judgment (Doc. #20) and dismiss the case. The Report was filed on January 11, 2008. Objections to the Report were due February 1, 2008. The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #34) granting the defendant's motion for summary judgment and dismissing the case.

**IT IS SO ORDERED**.

                                                 S/Terry L. Wooten

                                                 Terry L. Wooten
                                                 United States District Judge

February 20, 2008
Florence, South Carolina